UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Derrick Lee Cardello-Smith,

                Plaintiff,      Case No. 25-cv-12504

v.                              Judith E. Levy
                                  United States District Judge
Probable Cause Conference
Directors, et. al.,               Mag. Judge David R. Grand

                Defendants.

_____/

**OPINION AND ORDER STRIKING THE COMPLAINT [1] FOR NON-COMPLIANCE WITH THE COURT'S ORDER AND DISMISSING THE CASE**

Derrick Lee Cardello-Smith filed the above-captioned lawsuit on August 12, 2025. (ECF No. 1.)

Because of Cardello-Smith's extensive history of vexatious and frivolous litigation and his failure to heed the Court's warnings to cease this conduct, this Court enjoined him from filing any additional cases or documents in the Court unless leave was granted to do so. *Cardello-Smith v. Combs*, No. 24-cv-12647, 2025 WL 1951722, at *7–12 (E.D. Mich. June 30, 2025). The Court issued the following order:

First, Plaintiff Derrick Lee Cardello-Smith is ENJOINED from filing any new lawsuits or other documents in the Eastern District of Michigan without first seeking and obtaining leave of court. Specifically, he must receive written permission from the Chief Judge or the Miscellaneous Duty Judge by following the requirements below:

1. If Cardello-Smith wishes to file any document in the U.S. District Court for the Eastern District of Michigan, including a complaint, he must file a "Motion Pursuant to Court Order Seeking Leave to File."

2. With the above Motion Pursuant to Court Order Seeking Leave to File, Cardello-Smith must attach the following as exhibits:

   a. A copy of the document he proposes to file;

   b. A copy of this Order;

   c. A written declaration which he has prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit, certifying that (1) the document raises a new issue which has never been previously raised by him in this or any other court, (2) the claim or issue is not frivolous, and (3) the proposed filing is not being filed in bad faith;

   d. A document containing a list showing (1) the complete caption of every suit that has been previously filed by him or on his behalf in any court against each defendant in any new suit he wishes to file and (2) the complete caption of every suit which he has currently pending;

> e. A complete set of copies of each Complaint identified and listed in the document required by subparagraph (d) above, along with a record of its disposition.

The Court may deny any Motion for leave to file if it does not comply with the above requirements or if the proposed filing is duplicative, frivolous, vexatious, or harassing. If the Motion is denied, the proposed filing shall not be accepted for filing. Cardello-Smith's failure in any way to comply fully with the terms of this Order shall be sufficient grounds to deny any Motion for leave to file.

Further, to prevent future harassment and waste of the Court's limited resources, the Clerk's office is ORDERED as follows:

> 1. Any document submitted by Cardello-Smith shall not be accepted for filing unless it is a "Motion Pursuant to Court Order Seeking Leave to File" and unless it contains the exhibits described above.
>
> 2. The Clerk's Office shall not accept any filing fees, cover sheets, in forma pauperis applications, or any other documents, in connection with any "Motion Pursuant to Court Order Seeking Leave to File," which Cardello-Smith files, unless and until leave has been granted.

*Cardello-Smith v. Combs*, 2025 WL 1951722, at *11–12.

Plaintiff's filing did not comply with the Court's order. (ECF No. 1.) It is therefore stricken.

Accordingly, for the reasons set forth above, the complaint, (ECF No. 1), is stricken and the case is DISMISSED.

IT IS SO ORDERED.

Dated: August 27, 2025      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2025.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager